IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

EMERALD AUTO SERVICES, INC.,

    Plaintiff,

v.                                   File No.: 3:11-cv-825

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.

## NOTICE OF APPEAL

Notice is hereby given that EMERALD AUTO SERVICES, INC., plaintiffs in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Dismissal Order entered in this action on the 1st day of August, 2012.

                                               /s/

                                               _____
                                               David O. Prince, Esq.
                                               VSB#: 17044
                                               411 E. Franklin Street; #504
                                               Richmond, Virginia 23219
                                               (804) 788-4861
                                               (804) 649-3380 (Fax)
                                               dprince@davidprincelawfirm.com

## **CERTIFICATE**

      I hereby certify that the foregoing Notice of Appeal was mailed postage prepaid to Elizabeth S. Skilling, Esq., Harman, Claytor, Corrigan & Wellman, P. O. Box 70280, Richmond, Virginia 23255 on this 28th day of August, 2012.

/s/ _____

David O. Prince, Esq.
VSB#: 17044
411 E. Franklin Street; #504
Richmond, Virginia 23219
(804) 788-4861
(804) 649-3380 (Fax)
dprince@davidprincelawfirm.com